AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:07-CR-317-T-24EAJ |
| CARL W. HASSEL | USM Number: 11804-017 |
| _____ / | |
| | _____Dionja Dyer, AFPD_____ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions Four and Five of the terms of supervision. See below.

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Four | Positive urinalysis for Cocaine on July 10, 2007, in violation of Condition Seven of the Standard Conditions | July 10, 2007 |
| Five | Failure to reside in a Residential Re-Entry Center, in violation of a Special Condition which requires him to serve six months at The Residential Re-entry Center | July 26, 2007 |

   The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated conditions and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: August 23rd, 2007

_____Susan C. Bucklew_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date _____August 23rd, 2007_____

DEFENDANT:   CARL W. HASSEL  
CASE NUMBER:   8:07-CR-317-T-24EAJ

Judgment - Page ___2___ of ___2___

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *TWELVE (12) MONTHS AND ONE (1) DAY WITH NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

__X__   The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant participate in mental health treatment and rehabilitation while serving term of imprisonment.
2. Defendant participate in drug and alcohol treatment and rehabilitation while serving term of imprisonment.

__X__   The defendant is remanded to the custody of the United States Marshal.

_____   The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m.   on _____.

   ____ as notified by the United States Marshal.

_____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL